UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EVAN PETROS, Individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 2:13-cv-11742 |
| | : |
| KEJBOU, Inc. | : |
| A Domestic Limited Liability Company | : |
| | : |
| Defendant. | : |
| _____/ | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Evan Petros, ("Plaintiff") and Defendant, Kejbou, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to between the parties.

By: _/s/ Pete M. Monismith___          By: _/s/ David B. Landry_____

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>Admitted Pro Hac Vice<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorneys for Plaintiff** | David B. Landry (P32055)<br>LANDRY, MAZZEO & DEMBINSKI<br>37000 Grand River Ave., Suite 200<br>Farmington Hills, MI 48335<br>(248) 476-6900<br>**Attorneys for Defendant** |

## CERTIFICATE OF SERVICE

     I hereby certify that on this April 4, 2014, the foregoing document has been served via the Court's electronic filing system upon all parties of record.

                                        /s/ Pete Monismith
                                        Pete Monismith